IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REGINALD MCCALLUM,

    Petitioner,

v.                                      CASE NO. 4:05-cv-00387-MP-AK

MADISON COUNTY JAIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 8, Report and Recommendations of the Magistrate Judge, recommending that Doc. 5, Mr. McCallum's amended petition for writ of habeas corpus, be denied and the cause dismissed without prejudice for failure to exhaust administrative remedies. The Magistrate Judge filed the Report and Recommendation on Thursday, November 17, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED.

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Reginald McCallum's amended petition for writ of habeas corpus, Doc. 5, is denied and the cause dismissed without prejudice for failure to exhaust administrative remedies.

**DONE AND ORDERED** this   *23rd* day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge